Jack v State Farm Fire & Cas. Co. (2023 NY Slip Op 03164)

Jack v State Farm Fire & Cas. Co.

2023 NY Slip Op 03164

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, LINDLEY, OGDEN, AND GREENWOOD, JJ.

558 CA 22-00574

[*1]DAVID JACK AND FELISHA LEGETTE-JACK, PLAINTIFFS-APPELLANTS,
v
STATE FARM FIRE AND CASUALTY COMPANY, DEFENDANT-RESPONDENT. 

KEVIN T. STOCKER, TONAWANDA, FOR PLAINTIFFS-APPELLANTS. 
HURWITZ FINE P.C., BUFFALO (SCOTT D. STORM OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Emilio Colaiacovo, J.), entered March 21, 2022. The order, inter alia, granted the motion of defendant for summary judgment dismissing the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court